IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SONJA C. HODGSON | § | |
| | § | |
| VS. | § | ACTION NO. 4:07-CV-529-Y |
| | § | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On July 30, 2008, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause. The magistrate judge gave all parties until August 21 to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the decision of the Commissioner is AFFIRMED, for the reasons noted by the magistrate judge.

SIGNED September 16, 2008.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE